## UNITED STATES *v.* SIX LOTS, HATCH, Claimant.

## UNITED STATES *v.* TEN LOTS, CONRAD, Claimant.

**ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF LOUISIANA.**

No. 255. Submitted April 8, 1874. } Decided
No. 283. Argued April 8 and 9, 1874. } May 4, 1874.

*The Confiscation Cases,* 20 Wall. 92, followed.

MR. JUSTICE STRONG delivered the opinion of the court.

These cases are in all essential particulars like the case of *The United States* v. *Eight Hundred and Forty-four Lots and Ten Squares of Ground,* the property of John Slidell; *The Confiscation Cases,* 20 Wall. 92. What we have said in reference to that case is equally applicable to these,

In each case the judgment of the Circuit Court is reversed, and the cause is remanded with instructions to affirm the judgment or decree of the District Court.                         *Reversed.*

CLIFFORD, DAVIS and FIELD, JJ., dissented.

*Mr. Attorney General* and *Mr. Thomas J. Durant* for plaintiff in error.

*Mr. C. M. Conrad* and *Mr. C. Cushing* for defendants in error.